Oswald Cousins, CA Bar No. 172239
ocousins@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Tel:  (415) 984-8200
Fax: (415) 984-8300

Attorneys for Defendant
SKANSKA USA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSU BENNETT,<br><br>      Plaintiff,<br>vs.<br><br>SKANSKA USA INC. and Does 1-10, inclusive<br><br>      Defendants. | Case No. 15-CV-02382-NC<br><br>**STIPULATION AND ORDER FOR SUBSTITUTION OF PARTY**<br><br>Date Removal Filed: May 28, 2015 |

  The parties to this action, through their respective attorneys of record, stipulate and agree as follows:

  1. Skanska USA, Inc. (Skanska USA Inc.) is no longer a party to this action by reason of the fact that this is an employment-related suit and it was not the entity that employed Plaintiff Musu Bennett ("Bennett").

  2. Skanska Shimmick Herzog, a Joint Venture ("SSHJV") is substituted as a party to this action in place of the party identified in paragraph 1, because it formerly employed Bennett.

3. Skanska USA Inc. is hereby dismissed and SSHJV shall replace Skanska as the defendant in this action.

4. SSHJV hereby acknowledges actual notice of this suit and subjects itself to the jurisdiction of this court in this action.

5. All future pleadings in this case shall identify Skanska Shimmick Herzog, a Joint Venture as the Defendant in this action.

6. In the event this action is transferred to a different jurisdiction or venue, this stipulation and order shall remain binding.

DATED: June __, 2015        NIXON PEABODY LLP

By: _____
Oswald Cousins
Attorneys for Defendant
SKANSKA USA Inc. and
SKANSKA SHIMMICK HERZOG, a JOINT VENTURE

POLARIS LAW GROUP

DATED: June 17, 2015

By: _____
William L. Marder
Attorneys for Plaintiff
MUSU BENNETT

IT IS SO ORDERED.

DATED: June 17, 2015

_____
United States District Judge

STIPULATION AND ORDER FOR SUBSTITUTION OF PARTY                              2

3. Skanska USA Inc. is hereby dismissed and SSHJV shall replace Skanska as the defendant in this action.

4. SSHJV hereby acknowledges actual notice of this suit and subjects itself to the jurisdiction of this court in this action.

5. All future pleadings in this case shall identify Skanska Shimmick Herzog, a Joint Venture as the Defendant in this action.

6. In the event this action is transferred to a different jurisdiction or venue, this stipulation and order shall remain binding.

DATED: June 18, 2015          NIXON PEABODY LLP


By: ____/s/ Oswald B. Cousins____
Oswald Cousins
Attorneys for Defendant
SKANSKA USA Inc. and
SKANSKA SHIMMICK HERZOG, a JOINT VENTURE


POLARIS LAW GROUP

DATED: June 17, 2015

By:_____
William L. Marder
Attorneys for Plaintiff
MUSU BENNETT


IT IS SO ORDERED.


DATED: June 18, 2015

_____
United States D[istrict Judge]

**GRANTED**
Judge Nathanael M. Cousins

STIPULATION AND ORDER FOR SUBSTITUTION OF PARTY          2